```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,       )
                                )
            v.                  )CRIMINAL NO. 09-10393-NMG
                                )
1.  MANUEL SANTIAGO,            )Violations:
    a/k/a "Sauco"               )
                                )21 U.S.C. §§ 846, 841(a)(1),and
2.  CARLOS SANTANA              )    841(b)(1)(A) (I)
                                )Conspiracy to Distribute Heroin
3.  EDWIN RIVERA PIZARRO        )
    a/k/a "Andres"              )21 U.S.C. § 853
                                )Criminal Forfeiture
4.  MANUEL PORTELL-GONZALEZ     )
    a/k/a "Frank"               )
    (True name unknown)         )
                                )
5.  OMAR A. CASTRO              )
    a/k/a "Kinito"              )
    (True name unknown)         )
                                )
6.  CESAR HERNANDEZ,            )
    a/k/a "Cesar"               )
                                )
7.  ANGEL L. OLIVERAS           )
    a/k/a "Kendy"               )
                                )
8.  WILFREDO RAFAEL MONTAS      )
    a/k/a "Willie"              )
                                )
9.  LUIS MIGUEL BAEZ            )
    a/k/a "Guelo"               )
                                )
10. FELIX RODRIGUEZ COLON       )
    a/k/a "Gregorio"            )
    (True name unknown)         )
                                )
11. JORGE RAFAEL RIVERA-LOZADA  )
    a/k/a "Morenito"            )
    (True name unknown)         )
                                )
12. FNU LNU                     )
    a/k/a "Angie"               )
                                )
13. JEAN CARLO VIERA-RODRIGUEZ  )
    a/k/a "Alex", and           )
                                )
```

```
14.  ANGELA ORTIZ              )
          Defendants.           )
```

**UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF ASSETS**

The United States of America, by and through its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, submits the following Bill of Particulars for Forfeiture of Assets.

On December 23, 2009, a federal grand jury sitting in the District of Massachusetts returned a one-count Indictment charging the above-captioned Defendants with conspiracy to distribute heroin in violation of 21 U.S.C. § 846, 841(a)(1) and 841(b)(A)(I) (Count One). The Indictment also contained a Forfeiture Allegation, which gave the Defendants notice that the United States sought forfeiture pursuant to 21 U.S.C. § 853, upon conviction of the offense alleged in Count One of the Indictment, of any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses, including but not limited to at least $1,000,000.00 in United States currency.

The United States hereby gives notice that it is seeking forfeiture of the following properties, without limitation, based on the Forfeiture Allegation of the Indictment:

(a) one 2009 Toyota Venza, Vehicle Identification No. 4T3ZK11A19U005523, seized from Angela A. Ortiz on or about December 20, 2009 in Boston, Massachusetts;

(b) one 2006 Honda Ridgeline, Vehicle Identification No. 2HJYK16556H533757, seized from Jean Carlos Viera Rodriguez on or about December 21, 2009 in Roslindale, Massachusetts; and

(c) one 2003 Toyota Highlander SUV, Vehicle Identification No. JTEGF21A430103230, seized from Luis Miguel Baez and Juana B. Torres on or about December 22, 2009 in Lynn, Massachusetts.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney,

By: /s/ Veronica M. Lei
THEODORE B. HEINRICH
ANN TAYLOR
Assistant U.S. Attorneys
VERONICA M. LEI
Special Assistant U.S. Attorney
U. S. Attorney's Office
1 Courthouse Way, Suite 9200
Date: April 9, 2010      Boston, MA 02210

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing United States' Bill of Particulars for Forfeiture of Assets, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Veronica M. Lei
Veronica M. Lei
Date: April 9, 2010      Special Assistant U.S. Attorney