UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

*FILED IN CLERK'S OFFICE*
*JUN 28 P 12:50*
*U.S. DISTRICT COURT*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO. 09 CR 10393 NMG |
| ) | |
| *Manuel Santiago* ) | |

## MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY

NOW COMES the Defendant, *Manuel Santiago*, in the above matter, and moves this Honorable Court to dismiss my appointed attorney and to appoint a new attorney to represent my interests.

The reasons that I make this request are:

(✓) Disagreement on strategy;

( ) Failure to obtain a bail appeal;

(✓) Lack of understanding between me and my attorney;

(✓) Failure to present my best interests;

( ) Other:

_____

_____

_____

_____

Date:

Respectfully submitted,

X *Manuel Santiago*
, Pro Se

26 Long Pond Road
Plymouth, MA 02360