UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 09-10393-NMG |
| | ) | |
| MANUEL SANTIAGO, | ) | |
| a/k/a "Sauco," *et al.* | ) | |
| Defendants. | ) | |

**UNITED STATES' AMENDED BILL OF PARTICULARS
FOR FORFEITURE OF ASSETS**

The United States of America, by and through its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby submits the following Amended Bill of Particulars for Forfeiture of Assets.

On December 23, 2009, a federal grand jury sitting in the District of Massachusetts returned a one-count Indictment charging the above-captioned Defendants with conspiracy to distribute heroin in violation of 21 U.S.C. § 846 (Count One).  The Indictment also contained a Forfeiture Allegation, which gave the Defendants notice that the United States sought forfeiture pursuant to 21 U.S.C. § 853, upon conviction of the offense alleged in the Indictment, of any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses, including but not limited to at least $1,000,000.00 in United States currency.

The United States hereby gives notice that it is seeking forfeiture of the following properties[1], without limitation, based on the Forfeiture Allegation of the Indictment:

---

[1]The United States does not include in this Amended Bill of Particulars the 2009 Toyota Venza, Vehicle Identification No. 4T3ZK11A19U005523, seized from Angela A. Ortiz on or

    (a)       one 2006 Honda Ridgeline, Vehicle Identification No. 2HJYK16556H533757, seized from Jean Carlos Viera Rodriguez on or about December 21, 2009 in Roslindale, Massachusetts; and

    (b)       one 2003 Toyota Highlander SUV, Vehicle Identification No. JTEGF21A430103230, seized from Luis Miguel Baez and Juana B. Torres on or about December 22, 2009 in Lynn, Massachusetts.

                          Respectfully submitted,

                          CARMEN M. ORTIZ
                          United States Attorney,

                      By:    /s/ Veronica M. Lei
                              THEODORE B. HEINRICH
                              ANN TAYLOR
                              VERONICA M. LEI
                              Assistant U.S. Attorneys
                              U. S. Attorney's Office
                              1 Courthouse Way, Suite 9200
Date: December 29, 2010             Boston, MA 02210

## CERTIFICATE OF SERVICE

      This is to certify that the foregoing United States' Amended Bill of Particulars for Forfeiture of Assets, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                              /s/ Veronica M. Lei
                              Veronica M. Lei
Date: December 29, 2010             Assistant U.S. Attorney

---

about December 20, 2009 in Boston, Massachusetts, which was previously named in the United States' Bill of Particulars, filed on April 9, 2010.