IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA        :
                                :       CRIMINAL ACTION
        v.                      :
                                :       09-10393-NMG
MANUEL SANTIAGO, ET AL          :
```

## MOTION TO CONTINUE

Comes now the United States of America, by Carmen M. Ortiz, United States Attorney, and Theodore B. Heinrich, Assistant United States Attorney for the District of Massachusetts, and files this motion to briefly continue the Pre-Trial Conference scheduled for February 22, 2011. As grounds therefore, counsel states that he will be on vacation from February 16 through February 28, 2011 and back at work on March 1, 2011. Counsel further states that he alone is presently responsible for the prosecution of the case. At the conference, the Court will no doubt set a trial date, among other things. In light of the number of defendants and other complicating factors, counsel submits that it would be more efficient and more likely to avoid potential misunderstanding if the conference were continued until after March 1.

Respectfully submitted,

/s/ Theodore B. Heinrich

THEODORE B. HEINRICH
ASSISTANT UNITED STATES ATTORNEY

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Filing.

This 10th day of February, 2011.

                                             /s/ Theodore B. Heinrich
                                            THEODORE B. HEINRICH
                                            ASSISTANT UNITED STATES ATTORNEY