UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 09-cr-10393-NMG |
| ) | |
| MANUEL SANTIAGO ) | |

### DEFENDANT, MANUEL SANTIAGO'S ASSENTED TO MOTION FOR A PRE-PLEA SENTENCING REPORT

Defendant Manuel Santiago ("Santiago") requests that the court order the probation department to prepare a sentencing report prior to the Defendant's decision to enter a change of plea in this matter. As grounds for this request Defendant submits that in order to make an informed decision concerning any change of plea Defendant must be advised of the probation department's position concerning his offense level and criminal history category. The Government has assented to the allowance of this motion.

WHEREFORE, Defendant requests that the court order the probation department to prepare and provide him a sentencing report prior to the Defendant's decision to enter a change of plea in this matter.

Respectfully Submitted,
The Defendant,
**MANUEL SANTIAGO**,
By his attorney,

 /s/ Thomas J. Iovieno
Thomas J. Iovieno (BBO# 553361)
755 East Broadway
South Boston, MA 02127
(617) 464-3300
Email: tjilaw@yahoo.com

Date:   February 11, 2011

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 11, 2011.

                                              /s/ Thomas J. Iovieno
                                              Thomas J. Iovieno